**IT IS ORDERED as set forth below:**

**Date: April 6, 2021**



_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE | CASE NUMBER |
| **WAHIDA LATIF,** | **18-68265-SMS** |
| Debtor. | CHAPTER 13 |

### ORDER GRANTING MOTION TO SUSPEND PLAN PAYMENTS

Debtor's Motion to Suspend Plan Payments for a period of three (3) months came before this Court on March 30, 2021. All creditors were properly served. Debtor's counsel was present by telephone. The Trustee stated no opposition to the Motion, and no creditor filed an objection to the Motion or appeared by telephone to object to it. The Court therefore grants the Debtor's Motion: plan payments are suspended for the months of April, May, and June of 2021. Debtor shall resume paying into the Chapter 13 plan in July of 2021.

END OF DOCUMENT

Prepared by:
/s/ Angela J. Riccetti
Angela J. Riccetti (#602505)
Attorney for Debtor/Movant
ATLANTA LEGAL AID SOCIETY
DeKalb County Office

246 Sycamore Street, Suite 120
Decatur, Georgia 30030-3434
(770) 817-7509
ajriccetti@atlantalegalaid.org

No Opposition:
/s/ K. Edward Safir
K. Edward Safir (#622149 )
Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave.
Suite 1600
Atlanta, Georgia 30303

Distribution List:

Office of the US Trustee
Suite 362
75 Ted Turner Drive SW
Atlanta, GA 30303

ARS National Services, INC
P O Box 469100
Escondido, CA 92046-9100

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
 P. O. Box 130424
 Roseville, MN 55113-0004

American Express
World Financial Center
200 Vesey Street
New York, NY 10285-1000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arnall Golden Gregory LLP
Michael J. Bargar, Esq.
171 17th Street, NW

Suite 2100
Atlanta, GA 30363-1031

Atlantic Credit Finance
PO Box 13386
Roanoke, VA 24033-3386

Robin Blass
Coldwell Banker Residential Brokerage
5591 Chamblee Dunwoody Road
Building 1300, Suite 100
Atlanta, GA 30338-4183

Capital One Bank
Per FDIC
1680 Capital One Drive
Mc Lean, VA 22102-3407

Care Credit
P O Box 960061
Orlando, FL 32896-0061

Citizen Trust Bank
230 Peachtree Street SW
 #2700
 Atlanta, GA 30303

Client Services, INC
3451 Harry S Truman Blvd
Saint Charles, MO 63301-9816

Comenity Capital Bank
P O Box 183003
Columbus, OH 43218-3003

Credence
1700 Dallas Parkway#204
Dallas, TX 75248

Credit Collection Services
 725 Canton St
 Norwood, MA 02062-2679

Credit Control, LLC
P O Box 31179
Tampa, FL 33631-3179

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Discover
P O Box 71084
Charlotte, NC 28272-1084

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Diversified Consultants, INC
P O Box 551268
Jacksonville, FL 32255-1268

Fathers & Sons
3274 E Main Street
College Park, GA 30337

First Premier Bank
CCB Credit Services Es, INC
P O Box 272
Springfield, IL 62705-0272

Franklin Collection Serv. Inc
Principal Office Address
2978 W. Jackson St.
Tupelo, MS 38801-6731

Georgia Dept of Rev Compliance
ARCS Bankruptcy
1800 Century Blvd NE Ste 9100
Atlanta, GA 30345-3202

Global Credit & Collection Corp
5440 N Cumberland Ave. Suite 300
Chicago, IL 60656-1486

Internal Revenue Service
Centralized Insolvency Op.
P. O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
50 W. Liberty St #250
Reno, Nevada 89501-1973

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Wahida Latif
2764 Jagged Rock Ct
Decatur, GA 30034-6962

Macy's/DSNB
Headquarters
701 E. 60th Street North
Sioux Falls, SD 57104-0432

Midland Credit Management. INC
P O Box 2001
Warren, MI 48090-2001

Midland Funding LLC
2365 Northside Drive
Decatur, GA 30034

Monterey Collection Services
4095 Avenida De La Plata
Oceanside, CA 92056-5802

Navient Solutions, LLC
On behalf of Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Portfolio Recovery Ass.
PO Box 12914
Norfolk, VA 23541-0914

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Account Management, LLC
P O Box 319
Milwaukee, WI 53201-0319

Quantum3 Group LLC as agent for MOMA Trust
PO Box 788
Kirkland, WA 98083-0788

S. Gregory Hays
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Salomia Pope
700 Skipper Drive
Atlanta, GA 30318-5922

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

United Collection Bureau, INC
P O Box 1448
Maumee, Ohio 43537-8448

Wayfair
P O Box 659617
San Antonio, TX 78265-9617

Portfolio Recovery Ass. LLC
 P O Box 12914
 Norfolk, VA 23541


Portfolio Recovery Associates, LLC

POB 41067
Norfolk VA 23541

T Mobile Corp
P O Box 37380
Albuquerque, NM 87176-7380